1  Daniel N. Ballard, SBN 219223
   BULLIVANT HOUSER BAILEY PC
2  1415 L Street, Suite 1000
   Sacramento, California 95814
3  Telephone: 916.930.2500
   Facsimile: 916.930.2501
4
   Attorneys for Plaintiff,
5  PDL, Inc., dba
   ALLSTARS SCHOOL OF DRIVING
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| 11 PDL, Inc. dba ALLSTARS SCHOOL OF DRIVING, | Case No.: 2:07-CV-00102-WBS-GGH |
|---|---|
| 12 | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COUNTERCLAIMS** |
| 13  Plaintiff, | |
| 14  vs. | **(L.R. 6-144(a))** |
| 15 ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, and MARIVEL GALICIA, | |
| 16 | |
| 17  Defendants. | |

18       Pursuant to Local Rule 6-144(a), Plaintiff PDL, INC. and Defendants ALL STAR
19  DRIVING SCHOOL, GARY EMBREE, and KIMBERLY EMBREE request an extension of
20  time for Plaintiff to respond to Defendants' Amended Counterclaims.
21       The Request is based on the following facts:
22       1.   Plaintiff filed its Complaint alleging various trademark infringement and related
23  claims on January 16, 2007. Defendants timely filed their Answers and asserted various
24  Counterclaims on March 22, 2007.
25       2.   In response to Plaintiff's request, Defendants agreed to amend their
26  Counterclaims. The parties filed stipulations on March 30, 2007 and April 6, 2007 permitting
27  Plaintiffs to respond to the Amended Counterclaims no later than 20 days after their filing.
28       3.   A Scheduling Order was issued on April 11, 2007. Among other things, the

– 1 –
**REQUEST FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**

PDF created with pdfFactory trial version www.pdffactory.com

Order directed that no amendments to the pleadings were permitted without leave of court.

4. Defendants filed their Amended Counterclaims on April 25, 2007. Plaintiffs must respond no later than May 15, 2007.

5. Plaintiffs, in the meantime, moved for a preliminary injunction. After full briefing, a hearing was held on May 14, 2007. During the hearing, the Court requested that the parties attempt to resolve the dispute. The parties agreed and the Court ordered the matter held over for a week.

6. In light of the parties' efforts to settle this matter, the parties request that the Court extend the time for Plaintiffs to respond to Defendants' Amended Counterclaims to no later than **June 15, 2007**.

DATED: May 15, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ Daniel N. Ballard
Daniel N. Ballard
Attorneys for Plaintiff PDL, Inc.

DATED: May 15, 2007

DIEPENBROCK HARRISON

By /s/ Krista J. Dunzweiler
Krista J. Dunzweiler
Attorneys for Defendants All Star School of Driving, Gary Embree, and Kimberly Embree

IT IS SO ORDERED.

DATED: May 15, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

– 2 –

REQUEST FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS

PDF created with pdfFactory trial version www.pdffactory.com