UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PDL, Inc., d/b/a ALLSTARS SCHOOL OF DRIVING,

        Plaintiff,

       v.

ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, AND MARIVEL GALICIA,

       Defendants.

NO. CIV. S-07-0102 WBS GGH

ORDER

----oo0oo----

At the request of counsel for plaintiff, and good cause appearing therefor, IT IS HEREBY ORDERED that the Declaration of Krista J. Dunzweiler (Docket Entry No. 36), and all attachments thereto, filed May 21, 2007, be, and the same hereby is STRICKEN from the public record.

DATED: May 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1