Daniel N. Ballard, SBN 219223
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile:  916.930.2501

Attorneys for Plaintiff,
PDL, Inc., dba
ALLSTARS SCHOOL OF DRIVING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PDL, Inc. dba ALLSTARS SCHOOL OF DRIVING,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, and MARIVEL GALICIA,<br><br>    Defendants. | Case No.: 2:07-CV-00102-WBS-GGH<br><br>**ORDER** |

Plaintiff PDL, Inc., dba Allstars School of Driving ("Allstars") requests a status conference to address its Motion to Dismiss defendants' original-filed counterclaims. While this Court ordered Defendants' amended counterclaims stricken as untimely filed, the Court did not address the merits of Allstars' motion to dismiss defendants' original counterclaims (Dkt. 45). Those original counterclaims remain operative. Dkt. 53.

IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion to dismiss defendants' original counterclaims on or before September 20, 2007; plaintiff shall file its reply to the opposition on or before October 5, 2007; the court will hear the motion at 2:00 p.m. on October 15, 2007.

DATED: September 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE