IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PDL, Inc., dba ALLSTARS SCHOOL OF DRIVING,

       Plaintiff,                      No. CIV S-07-0102 WBS GGH

       vs.

ALL STAR DRIVING SCHOOL, et al.,      SUMMARY ORDER

       Defendants.

_____/

       Previously pending on this court's law and motion calendar for October 25, 2007, was plaintiff's motion to compel discovery. Daniel Ballard appeared for plaintiff and Krista Dunzweiler appeared for defendants. Having reviewed the joint statement heard oral argument, the court now issues the following summary order.

I. Interrogatories

    Number 1

       IDENTIFY and state the location of all driving schools doing business under a trade name containing "All Star" or "Allstars" of which you were aware before YOU began promoting YOUR business under the trade name ALL STAR DRIVING SCHOOL. Ex. B at 3.

       Defendants shall respond to this interrogatory as phrased.

    Number 20

       State the amount of monthly revenues that YOU and YOUR ALL

1

STAR DRIVING SCHOOL business received from July 2003 to the present as a result of doing business as ALL STAR DRIVING SCHOOL.

Ex. B at 21.

Defendants will not be required to respond further as counsel indicated at hearing that they do not maintain such monthly records. Plaintiff, however, may pose a new interrogatory if it so desires.

II. <u>Document Requests (numbered 1-8, 12-15, 17-21, 29-33, and 35-37)</u>

For each response to the disputed document requests, defendants shall identify the previously produced documents pertinent to each request. Defendants shall also submit verified responses to all disputed document requests which state that all documents responsive to each request have been produced, except for those documents for which a privilege has been claimed and which are identified in defendants' privilege log.

<u>CONCLUSION</u>

Accordingly, IT IS ORDERED that plaintiff's motion to compel supplemental discovery responses, filed September 9, 2007, is granted in part. Defendants shall respond to the discovery outlined above on or before November 9, 2007.

DATED: 10/29/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076 -PDLAllStars102.dsy.wpd

2