UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PDL, INC., d/b/a ALLSTARS SCHOOL OF DRIVING,

      Plaintiff,

  v.

ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, AND MARIVEL GALICIA,

      Defendants.

NO. CIV. S-07-0102 WBS GGH

<u>ORDER RE: MOTION TO DISMISS</u>

----oo0oo----

        Plaintiff PDL, Inc., d/b/a Allstars School of Driving brought this action alleging trademark infringement and various other state and federal claims stemming from defendants All Star Driving School, Gary Embree, Kimberly Embree, and Marivel Galicia's (collectively, "defendants") use of the "All Star Driving School" mark.  Plaintiff moves to dismiss defendants' counterclaims, arguing that defendants--who changed their mark to "Freedom Driving School" subsequent to the filing of their

1

counterclaims--have abandoned the "All Star" mark and thus can no longer maintain any forward-looking counterclaims that require them to establish their purported rights to the mark as an element of that claim.

At oral argument, defendants took the position that, in spite of their mark change, they intend to go forward with their claims which would allow them to use the "All Star" mark in the future. The court will therefore deny plaintiff's motion to dismiss defendants' counterclaims. Given defendants' position, however, plaintiff is also entitled to prepare its defense against the counterclaims and to pursue its own claims based not just upon defendants' prior conduct but upon defendants' <u>intent to continue</u> their use of the "All Star" mark as well.

IT IS THEREFORE ORDERED that plaintiff's motion to dismiss with defendants' counterclaims be, and the same hereby is, DENIED.

DATED:  November 1, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE