UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PDL, Inc. dba ALLSTARS SCHOOL OF DRIVING,<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, and MARIVEL GALICIA,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 2:07-CV-00102-WBS-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties to the above-captioned case, by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the claims of PDL, Inc. against Gary Embree, Kimberly Embree, and All Star Driving School (cumulatively, "The Embrees") and all counterclaims by the Embrees against PDL, Inc. are hereby dismissed WITH PREJUDICE.

Each party to bear its own costs and attorney fees.

This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

BULLIVANT HOUSER BAILEY PC                DIEPENBROCK HARRISON PC

By   /s/ Daniel N. Ballard                       By   /s/ Susan E. Kirkgaard
   Daniel N. Ballard (CA Bar #219223)         Susan E. Kirkgaard (CA Bar #134915)
   Attorneys for Plaintiff PDL, Inc.                Attorneys for all Defendants

**IT IS SO ORDERED.**

Date   April 9, 2008

*William B. Shubb (signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE