Daniel N. Ballard, SBN 219223
BULLIVANT HOUSER BAILEY
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501
daniel.ballard@bullivant.com

Attorneys for Plaintiff,
PDL, Inc., dba Allstars School of Driving

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PDL, Inc. dba ALLSTARS SCHOOL OF DRIVING,<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR DRIVING SCHOOL, GARY EMBREE, KIMBERLY EMBREE, and MARIVEL GALICIA,<br><br>Defendants. | Case No.: 2:07-CV-00102-WBS-GGH<br><br>**REQUEST AND [~~PROPOSED~~] ORDER FOR DISBURSEMENT OF REGISTRY FUNDS** |
| AND RELATED CROSS-ACTIONS | |

Plaintiff PDL, Inc. ("Allstars") respectfully requests pursuant to L.R. 67-150(g) that certain monies be disbursed from the registry of the Court. This request is based on the following:

1. During the course of this trademark infringement action Allstars moved for a preliminary injunction against all Defendants. Dkt. 20. The motion was granted. Dkt. 39.

2. The Court required Allstars to deposit in the registry of the Court the amount of two thousand five hundred dollars ($2,500.00) as security before the injunction would become effective. Dkt. 39.

3. Allstars deposited that amount with the Court through a bond company called

– 1 –

Request For Release of Funds

DBL Enterprises.  See, receipt number 205 13226 as noted on the case docket entry for May 23, 2007.

4. The parties thereafter filed a stipulated request for dismissal of the entire action on April 9, 2008.  Dkt. 71.  The request was granted and the case was closed on April 10, 2008. Dkt. 72.

5. Allstars now requests that its two thousand five hundred dollar ($2,500.00) security deposit be disbursed from the registry of the Court in the form of a check made payable to "Bullivant Houser Bailey PC and PDL, Inc."

                              Respectfully submitted,

DATED:  May 29, 2007        BULLIVANT HOUSER BAILEY PC

                        By:   /s/ DANIEL N. BALLARD
                               Daniel N. Ballard
                               Attorneys for Plaintiff PDL, Inc.

The Clerk is directed to disburse the funds identified above in the manner described.

**IT IS SO ORDERED.**

Date:  May 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE